**Opinion issued February 28, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

### NO. 01-18-01019-CV

————————————

### GLS TRUST, Appellant

### V.

### CARROLL WAYNE CONN LP, Appellee

---

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 18-CV-0856**

---

### MEMORANDUM OPINION

Appellant has filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c). Further, although appellant failed to include a certificate of conference in its motion, appellant's motion includes a certificate of service, more than 10 days have passed since the

motion was filed, and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.